UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Everard Findlay Consulting, LLC,

                    Plaintiff,

      -against-                              18 **CIVIL** 8926 (AJN)

                                           **JUDGMENT**

Republic of Suriname,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2020, Defendant's motion to dismiss is granted; This action is dismissed for lack of subject matter jurisdiction; Defendant's earlier filed motion to dismiss, Dkt. No. 18 and letter motion for oral argument, Dkt. No. 40 are denied as moot; accordingly, this case is closed.

**Dated:** New York, New York

     April 30, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                     **Clerk of Court**
                                  **BY:**
                                                       **Deputy Clerk**