```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Everard Findlay Consulting, LLC,

                    Plaintiff,

         –v–

Republic of Suriname,

                    Defendant.

---

18-cv-8926 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On December 28, 2020, the Second Circuit vacated this Court's Opinion and Order of April 30, 2020, granting the Defendant's motion to dismiss and remanded the case for further proceedings. The parties shall confer and submit a joint letter proposing next steps by February 5, 2021.

        SO ORDERED.

    Dated: January 21, 2021
           New York, New York

                                        _____
                                            ALISON J. NATHAN
                                          United States District Judge