UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Everard Findlay Consulting, LLC,

        Plaintiff,

–v–

Republic of Suriname,

        Defendant.

18-cv-8926 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Suriname's letter dated February 24, 2021 (Dkt. No. 51), indicating that it intends to file a declaration in support of its supplemental motion to dismiss for forum non conveniens, and Everard's letter dated February 25, 2021 (Dkt. No. 52), opposing Suriname's request to file a declaration. The Court will permit the parties to make evidentiary submissions in connection with Suriname's supplemental motion to dismiss.

    In light of the confusion surrounding this issue, the Court extends the deadline for all briefs in connection with the supplemental motion by one week. Suriname's brief is due March 5, 2021. Everard's response is due March 19, 2021. Suriname's reply is due April 2, 2021.

    SO ORDERED.

Dated: February 25, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge