USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EVERARD FINDLAY CONSULTING, LLC,

                        Plaintiff,

        - against -

REPUBLIC OF SURINAME

                        Defendant.
-------------------------------------------------------------X

18-CV-08926 (JSR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     As discussed during the conference held on January 19, 2023, by January 23, 2023, the parties shall file a joint letter indicating whether they believe it would productive to proceed with the settlement conference as scheduled for February 13, 2023, or instead if it would be more productively scheduled to take place after the close of fact discovery.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: January 19, 2023
       New York, New York

Copies transmitted this date to all counsel of record.