```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVERARD FINDLAY CONSULTING, LLC,

                            Plaintiff,

      - against -

REPUBLIC OF SURINAME

                           Defendant.
------------------------------------------------------------X

18-CV-08926 (JSR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      In light of the Court's order of January 24, 2023 at Dkt. 82, and the Court not having been apprised that the deposition of Everard Findlay has been taken, the settlement conference currently scheduled for February 13, 2023 at 2:00P.M. is adjourned sine die.

                    SO ORDERED.

                    _____
                    ROBERT W. LEHRBURGER
                    UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2023
       New York, New York

Copies transmitted this date to all counsel of record.