UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
EVERARD FINDLEY CONSULTING, LLC

        Plaintiff,                      18-cv-8926 (JSR)

    -v-                                 ORDER

REPUBLIC OF SURINAME,

        Defendant.
```

JED S. RAKOFF, U.S.D.J.:

    On April 6, 2023, Magistrate Judge Robert W. Lehrburger (to whom this case had been referred for mediation) informed the Court that the parties had agreed to the material terms of settlement. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
April 7, 2023

                                                     JED S. RAKOFF, U.S.D.J.

1